UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY RICHARDS,<br>　　　　Plaintiff,<br>　v.<br>APPLE INC.,<br>　　　　Defendant. | Case No.  22-cv-01095-SVK<br><br>**ORDER OF RECUSAL** |

　　　This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: February 23, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge